## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

**v.**                        **Case No. 4:14CR00080 KGB**

**JOSH RODGERS OLIVER, JASON
SCOTT SWEAT, WILLIAM BRUCE
BURNS, BRENT CHARLES LILE,
TISAN KEION BATES, JAMES KENARS
CRENSHAW, FREDRICK ALVAREZ
FERGUSON
(DEFENDANTS 1-4, 6-8)**                                                                **DEFENDANTS**

## ORDER

Pending before the Court are defendant Jason Scott Sweat's and defendant William Bruce Burns' motions for continuance of the trial of this matter (Dkt. Nos. 32, 42).

Defendants appeared for plea and arraignment on different dates, and defendants were assigned different initial trial dates. Currently, trials for various defendants are set on May 19 and 27, 2014. The Court has determined that, due to the number of defendants and attorneys involved in this case, the most efficient manner in which to handle the pending motions for continuance will be to establish a deadline for any defendant opposing the motions to file a response in opposition.

The Court finds that no severance has been granted in this matter. Since the defendants are jointly indicted on similar evidence from the same event, their trial should be conducted on the same date.

It is therefore ordered that any defendant opposing defendant Jason Scott Sweat's and defendant William Bruce Burns' motions for continuance must file a response in opposition on or before **May 12, 2014**. Any defendant who supports the motions for a continuance need not respond.

The Court will assume that any defendant who does not file a response in opposition of the motions on or before May 12, 2014, joins in the motions for continuance and waives Speedy Trial requirements up to and including the next scheduled trial date.

IT IS SO ORDERED this 6th day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE